# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al.,<br><br>Plaintiffs<br><br>v.<br><br>JOHNSON CONTROLS FIRE PROTECTION, LP, et al.,<br><br>Defendants | Case No.: 2:23-cv-00944-APG-DJA<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant Johnson Controls Fire Protection LP's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of defendant Johnson Controls Fire Protection LP as required by the recent amendment to that rule.

I FURTHER ORDER defendant Johnson Controls Fire Protection LP to file a proper certificate of interested parties by July 7, 2023.

DATED this 23rd day of June, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE