# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al.,<br><br>Plaintiffs<br><br>v.<br><br>JOHNSON CONTROLS FIRE PROTECTION, LP, et al.,<br><br>Defendants | Case No.: 2:23-cv-00944-APG-DJA<br><br>**Order Remanding Case** |

In light of defendant Johnson Controls Fire Protection, LP's response to the order to show cause (ECF No. 17),

I ORDER the case is remanded to the state court from which it was removed for all further proceedings. The clerk of the court is instructed to close this case.

DATED this 17th day of July, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE